IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DEBORAH BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-CV-01151-BCW |
| ) | |
| ALLY FINANCIAL, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the Parties' Joint Unopposed Motion to Amend the Court's December 2, 2015 Order Preliminarily Approving Class Action Settlement, Certifying the Settlement Class and Providing for Notice to the Settlement Class (the "Preliminary Approval Order") (Doc. #65). For good cause shown, it is hereby

ORDERED the parties' joint motion is GRANTED, and further ordered that:

1. The Preliminary Approval Order is amended only as follows: All references to the November 30, 2015 Settlement Agreement and Release (the "Agreement") and/or the "Class Mail Notice" within the Preliminary Approval Order shall hereinafter be deemed to refer to the Amended Settlement Agreement and Release, and the Amended Class Mail Notice, attached to the parties' joint unopposed motion to amend (Doc. #66) collectively as Exhibit 1, and

2. Within seven (7) days after entry of this Order, the Settlement Administrator shall deliver to the United States Postal Service for first-class mailing, postage prepaid, copies of the Amended Class Mail Notice containing the text indicated at Exhibit 1(A) to the parties' joint unopposed motion (Doc. #66).

IT IS SO ORDERED.

DATED: December 22, 2015

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT