# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DEBORAH BROWN, on behalf of herself and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 13-CV-01151-BCW |
| v. ) ) | |
| ALLY FINANCIAL, INC. ) ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL ACTION

WHEREAS on December 15, 2015, Plaintiff entered into a Settlement Agreement and Release (the "Agreement") with Ally and CNA, both as defined in the Agreement;

WHEREAS on December 22, 2015, the Court granted preliminary approval of the Settlement with the terms set forth in the Agreement in all respects;

WHEREAS on March 25, 2016, the Court granted final approval of the Settlement with the terms set forth in the Agreement in all respects;

IT IS HEREBY ORDERED AND ADJUDGED THAT:

This Court has personal jurisdiction over the Parties and all Settlement Class Members, and jurisdiction to approve the Settlement at issue in the Court's March 25, 2016 Final Approval Order.

Ally and CNA have served upon the appropriate state and federal officials a notice of proposed settlement that complies with the Class Action Fairness Act, 28 U.S.C. § 1715 *et seq.*

The Court hereby approves of the Releases set forth in the Agreement.

The Settlement Class Members, and anyone acting on their behalf, are hereby enjoined

1

from asserting, or attempting to assert, any of the claims released by the terms of the Agreement approved in the Court's March 25, 2016 Final Approval Order.

All claims against Ally and CNA are hereby dismissed with prejudice and without costs, except those fees and expenses reflected in the Court's March 25, 2016 Final Approval Order.

The members of the Settlement Class who timely and properly excluded themselves from the Settlement are set forth on Exhibit A hereto, and are not bound by this Judgment.

The Court hereby reserves its exclusive, general and continuing jurisdiction over the parties to the Settlement as needed or appropriate in order to administer, supervise, implement, interpret or enforce the Agreement in accordance with its terms.

IT IS SO ORDERED.

Dated: 3/25, 2016
Kansas City, Missouri

_____
BRIAN C. WIMES
UNITED STATES DISTRICT COURT

2